IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAPHNE RODENBAUGH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2158 |
| | : | |
| v. | : | |
| | : | |
| JUDGE SANTIAGO, JASON ADDUDDELL, TRACY BONDALL, and ALEX THOMAS, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 18th day of January, 2017, after considering the outstanding motions to dismiss (Doc. Nos. 21, 22); and the responses in opposition to the motions to dismiss (Doc. Nos. 24, 25); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to dismiss filed by the defendant, Jason Adduddell (Doc. No. 21) is **GRANTED**, and the claims against Jason Adduddell are **DISMISSED WITH PREJUDICE**;

2. The motion to dismiss filed by the defendant Tracy Boandl (Doc. No. 22) is **DENIED WITHOUT PREJUDICE** and **CONVERTED** to a motion for summary judgment as follows:

    a. The plaintiff has until **February 7, 2017** to present evidence sufficient to establish a genuine issue of material fact regarding: (1) her failure to exhaust the Lehigh County Jail grievance procedures with respect to her claims that Tracy Boandl deprived her of access to telephone calls and mail, and prevented her from communicating with her attorney and the court, and (2) whether Tracy Boandl deprived her of access to telephone calls and mail, and prevented her from communicating with her attorney and the court;

    b.  The defendant Tracy Boandl also has until **February 7, 2017** to present any additional evidence or argument in support of her converted motion for summary judgment; and

  3.  The plaintiff's claims against the defendant, Alex Thomas, are **DISMISSED WITH PREJUDICE**.

             BY THE COURT:


             /s/ *Edward G. Smith*
             EDWARD G. SMITH, J.