IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAPHNE RODENBAUGH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2158 |
| | : | |
| v. | : | |
| | : | |
| JUDGE SANTIAGO, JASON ADDUDDELL, TRACY BONDALL, and ALEX THOMAS, | : : : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 14th day of February, 2017, after considering the motion to dismiss filed by the defendant, Tracy Bondall (hereinafter referred to as "Boandl"), which the court converted into a motion for summary judgment (Doc. No. 22); and after considering Boandl's addendum to her motion, which re-raised the arguments set forth in her motion to dismiss as a motion for summary judgment (Doc. No. 28); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Boandl's addendum to her motion to dismiss, which re-raised the arguments set forth in her motion to dismiss as a motion for summary judgment (Doc. No. 28) is **GRANTED**;

2. Judgment is entered in favor of the defendant, Boandl, and against the plaintiff, Daphne Rodenbaugh; and

3. The clerk of the court shall mark this matter as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.