IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAPHNE RODENBAUGH, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2158 |
| v. | : | |
| JUDGE SANTIAGO, JASON ADDUDDELL, TRACY BONDALL, and ALEX THOMAS, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 6th day of July, 2017, after considering the renewed motion for summary judgment filed by the defendant, Tracy Boandl[1] (hereinafter referred to as "Boandl") (Doc. No. 42); and the response thereto filed by the plaintiff, Daphne Rodenbaugh (hereinafter referred to as "Rodenbaugh") (Doc. No. 43); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. Boandl's renewed motion for summary judgment (Doc. No. 42) is **GRANTED**;

2. Judgment is entered in favor of the defendant, Boandl, and against the plaintiff, Rodenbaugh; and

3. The clerk of the court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The plaintiff incorrectly spelled the defendant Tracy Boandl's last name in the caption of the complaint.